# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSHUA BELL, *individually and on behalf of all others similarly situated,* </br></br>　　Plaintiffs, </br></br>　v. </br></br>WALGREENS BOOTS ALLIANCE, INC., and WALGREEN CO., </br></br>　　Defendants. | Case No. 22-cv-00873-JAR </br></br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE
### OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Joshua Bell, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims herein, and this lawsuit, without prejudice.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: /s/ *Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

        The Undersigned hereby certifies that a copy of the foregoing document was provided to all counsel of record automatically via the Court's electronic filing system.

        */s/   Daniel F. Harvath            .*