UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA BELL, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:22- CV-873 JAR |
| WALGREENS BOOTS ALLIANCE, INC., And WALGREEN CO., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 24),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of January, 2023.